IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CHRISTOPHER G. WALSH,<br><br>        Defendant. | No. 6:18-mj-00001-DAD-MJS<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on January 11, 2018 to 6 days (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released January 11, 2018. A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   January 11, 2018          /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE